JS-6

GREENBERG TRAURIG, LLP
GREGORY A. NYLEN (151129)
JOHN K. KIM (*Pro Hac Vice*)
WILLIAM W. STROEVER (*Pro Hac Vice*)
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: nyleng@gtlaw.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIS & HER CORP. d/b/a HIS & HER HAIR GOODS CO., <br><br> Plaintiff, <br><br> v. <br><br> SHAKE-N-GO FASHION, INC.; MODEL MODEL HAIR FASHION, INC.; C&J BEAUTY SUPPLY; TIGI BEAUTY SUPPLY; PINK BEAUTY SUPPLY & SALON, INC.; SAM'S BEAUTY; EBONY WIG & BEAUTY SUPPLY; WOW BEAUTY SUPPLY; and BASKET BEAUTY SUPPLY, <br><br> Defendant. <br><br> SHAKE-N-GO FASHION, INC. and MODEL MODEL HAIR FASHION, INC., <br><br> Counterclaimants <br><br> v. <br><br> HIS & HER CORP. d/b/a HIS & HER HAIR GOODS CO., <br><br> Counterdefendant. | Civil Action No. 11-05323 (GAF)(VBK) <br><br> [PROPOSED] JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT <br><br> Date: June 25, 2012 <br> Time: 9:30 a.m. <br> Courtroom: 740 - Roybal <br> Judge: Hon. Gary A. Feess <br><br> Trial Date: December 4, 2012 |

The Court has considered the Motion for Summary Judgment filed by Defendants Shake-N-Go Fashion, Inc., Model Model Hair Fashion, Inc., C&J Beauty Supply, Tigi Beauty Supply, Pink Beauty Supply & Salon, Inc., Sam's Beauty, Ebony Wig & Beauty Supply, WOW Beauty Supply, and Basket Beauty Supply, which came before this Court for hearing on July 30, 2012 in Courtroom 740 of the above-entitled Court, the Honorable Gary A. Feess presiding. Having reviewed the moving, opposing and reply papers, the Court finds that Summary Judgment in favor of Defendants is appropriate.

**THEREFORE, IT IS HEREBY:**

**ORDERED** that Defendants' Motion for Summary Judgment is GRANTED in its entirety and judgment shall be entered forthwith in favor of Defendants against Plaintiff as to all counts in Plaintiff's Complaint;

**IT IS FURTHER ORDERED** that Plaintiff's Federal Trademark Registration No. 3,020,614 be cancelled due to genericness; and

**IT IS FURTHER ORDERED** that Defendants' counterclaim against Plaintiff based on an allegation of fraud on the Trademark Office is dismissed without prejudice.

DATED: September 25, 2012      B _____
The Honorable Gary A. Feess
United States District Court Judge