LINKS:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-05323 GAF (VBKx) | Date | August 6, 2014 |
|---|---|---|---|
| Title | His and Her Corp v. Shake-N-Go Fashion Inc | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers)**

**ORDER RE: STATUS CONFERENCE**

     The Court previously scheduled a status conference in this case for July 28, 2014. However, the parties asked for a continuance of the conference to August 11, 2014.  In their stipulated request, the parties stated:

> [T]he parties participated on July 22-23, 2014 in a mediation with the Hon. Sarokin and they are now working on a settlement agreement and currently anticipate concluding a settlement with hte next two weeks.

(Docket No. 126.)  The parties now advise that they have not settled the case, and that the status conference should go forward.

     To avoid wasting any more time in this case, the Court will treat Monday's event as a Scheduling Conference pursuant to Rule 26(f), Fed. R. Civ. P.  The parties are to meet and confer on a proposed schedule leading to trial and to file with the Court the proposed schedule no later than the close of business on August 8, 2014.

     **IT IS SO ORDERED.**